RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/1/12

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| VELBERT M. REED, SR.<br>LA. DOC #322981 | CIVIL ACTION NO. 3:11-cv-2009 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| JERRY GOODWIN, WARDEN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be deemed successive and **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to seek leave from the United States Court of Appeals for the Fifth Circuit to file this Petition.

**MONROE, LOUISIANA,** this 1 day of March, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE